Krsto Mijanovic (Bar No. 205060)
  kmijanovic@hbblaw.com
Patrick F. McIntyre (Bar No. 272042)
  pmcintyre@hbblaw.com
Rafael Sanchez (Bar No. 334429)
  rsanchez@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000
Facsimile: 213.542.8100

ATTORNEYS FOR DEFENDANT
BROAN-NUTONE, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMCO INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>BROAN-NUTONE, LLC, AN UNKNOWN BUSINESS ENTITY, AND DOES 1 to 50<br><br>Defendant. | Case No.<br><br>**NOTICE OF REMOVAL** |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant BROAN-NUTONE, LLC. (herein after "Defendant" or "Broan-NuTone") hereby give Notice of Removal of the action, *Amco Insurance Company v. Broan-Nutone*, *Case No. 22STCV23602*, which is currently pending in the Superior Court of California, County of Los Angeles, to this United States District Court for the Central District of California, Western Division, on the basis of Diversity of Citizenship. In support of such Removal, Defendant states as follows:

///

1. On July 21, 2022, Plaintiff AMCO Insurance Company (herein after "Plaintiff" or "AMCO") filed a Summons and Complaint in Superior Court of California, County of Los Angeles, under Case No. 22STCV23602 (the "State Court Action").  The Complaint is pled against Broan-NuTone, LLC, an Unknown Business Entity and DOES 1-50.  A true and correct copy of the Summons and Complaint is attached as **Exhibit A** to the Declaration of Patrick McIntyre filed concurrently herewith.  See Declaration of Patrick McIntyre ("McIntyre Decl."), ¶ 2.

2. The Summons and Complaint were served on Defendant Broan-NuTone through its registered agent for service of process on August 8, 2022.  Attached hereto as **Exhibit B** is a true and correct copy of the Proof of Service filed by Plaintiff. See McInyre Decl., ¶ 4.

3. Defendant Broan-NuTone filed and served an Answer to the Complaint in the State Court Action on September 1, 2022, a true and correct copy of which is attached to the Declaration of Patrick McIntyre filed concurrently herewith as **Exhibit C**.  See McIntyre Decl., ¶ 5.  A Notice of Filing of Answer in State Court Action is filed concurrently herewith.  Id.

4. The only other pleadings on file with the State Court is a Demand for a Jury Trial and a Notice of Posting Jury Fees filed by Defendant Broan-NuTone, true and correct copies of which are attached to the Declaration of Patrick McIntyre filed concurrently herewith as **Exhibit D** and as **Exhibit E**, respectively.  See McIntyre Decl., ¶ 6.

5. Pursuant to 28 U.S.C. Section 1332, this Court has original jurisdiction over the Complaint. Specifically, "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000 exclusive of interests and costs, and is between … citizens of different States." 28 U.S.C. § 1332(a).

6. In the present matter, complete diversity exists because Plaintiff and the named Defendant whose citizenship are properly considered are citizens of different states.

7. Upon information and belief, at the time the State Court Action was filed and the present Notice of Removal is filed, Plaintiff AMCO is a business corporation organized under the laws of Iowa with its principal place of business located in Des Moines, Iowa. Thus, AMCO is a citizen of Iowa. McIntyre Decl., ¶ 3.

8. At the time this action was filed and at the time this Notice of Removal is filed, Defendant Broan-NuTone was and is a Delaware limited liability company with its principal place of business in Hartford, Wisconsin. The sole member of Broan-NuTone, LLC is Nortek, Inc. with 100% ownership interest in Broan-NuTone LLC's business. Nortek, Inc. is a Delaware corporation with its principal place of business in Providence, Rhode Island. Broan-NuTone, LLC is comprised of no other members. Thus, for purposes of diversity jurisdiction, Broan-NuTone is a citizen of Delaware and Rhode Island. Broan-NuTone is neither incorporated in California, nor does it have its principal place of business in California. McIntyre Decl., ¶ 7.

9. No Defendant that is a part of this matter is a Citizen of the State of California. See 28 U.S.C. 1441(b)(2). McIntyre Decl., ¶ 7.

10. Plaintiff's Complaint names as Defendants Does 1-50. Defendant is informed and believes, and on that basis alleges, that none of these fictitiously named Defendants have been served with a copy of the Complaint or Summons. See McIntyre Decl., ¶ 8. Thus, these fictitiously named Defendants are not parties to this action. For purposes of removal, "the citizenship of defendants sued under fictitious names shall be disregarded." 28 U.S.C. §1441(b)(1).

11. As part of Plaintiff AMCO's complaint, AMCO is alleging claimed damages in excess of $940,000.00 against Defendant. A true and correct copy of Plaintiff's Complaint is attached hereto at **Exhibit A**. See McIntyre Decl., ¶ 9.

11000-0002419
14304781.1

3

NOTICE OF REMOVAL

1  12. Therefore, the amount in controversy exceeds the minimum amount in controversy requirements of 28 U.S.C. 1332(a).

13. Therefore, because there is complete diversity between Plaintiff and Defendant, and the amount in controversy exceeds the jurisdictional threshold required pursuant to §1332, diversity jurisdiction exists in this action.

14. This is a case of a wholly civil nature brought in California State Court. Pursuant to 28 U.S.C. §1441(a), this civil action may be removed by Defendant to this Court. Plaintiff filed the State Court Action in the Superior Court of California, County of Los Angeles, and therefore, the United States District Court for the Central District of California, Western Division, is the appropriate venue for Removal of the State Court Action as it is the "district and division embracing the place where such action is pending." See 28 U.S.C. §§1441(a), 1391(a).

15. Based on the foregoing, this Court has original jurisdiction over the Complaint, and Removal to this Court from the Superior Court of California, Los Angeles County, is proper pursuant to 28 U.S.C. Sections 1332 and 1441, respectively.

16. Pursuant to 28 U.S.C. §1446(d), Defendant will promptly provide written Notice of Removal of this action to Plaintiff, and will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court of California, Los Angeles County.

///
///
///
///
///
///
///
///

17. Defendant who, upon information and belief, having been the only Defendant served in this Action, and whose citizenship is properly considered, has filed this Notice of Removal. See McIntyre Decl., ¶ 10.

DATED: September 2, 2022                    HAIGHT BROWN & BONESTEEL LLP



By: _____
    Krsto Mijanovic
    Patrick F. McIntyre
    Rafael Sanchez
    ATTORNEYS FOR DEFENDANT
    BROAN-NUTONE, LLC

# PROOF OF SERVICE

AMCO INSURANCE COMPANY v. BROAN-NUTONE LLC,

Case No. 22STCV23602

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of . My business address is 555 South Flower Street, Forty-Fifth Floor, Los Angeles, CA 90071.

On September 2, 2022, I served true copies of the following document(s) described as **NOTICE OF REMOVAL** on the interested parties in this action as follows:

Vasiliki Awadalla, Esq.　　　　Email: awadav1@nationwide.com
**Law Offices of Schneider, Holtz & Hutchison**
4685 Macarthur Court, Suite 200
Newport Beach, CA 92660

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Haight Brown & Bonesteel LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 2, 2022, at Los Angeles, California.

*S. Smith*

Sebrena Smith