# EXHIBIT "A"

Electronically FILED by Superior Court of California, County of Los Angeles on 07/21/2022 03:29 PM Sherri R. Carter, Executive Officer/Clerk of Court, by Y. Tarasyuk, Deputy Clerk
22STCV23602

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** BROAN-NUTONE, LLC, An Unknown
*(AVISO AL DEMANDADO):* Business Entity, AND DOES 1 to 50

**YOU ARE BEING SUED BY PLAINTIFF:** AMCO INSURANCE COMPANY
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

BY FAX

The name and address of the court is:
*(El nombre y dirección de la corte es):*
LOS ANGELES COUNTY SUPERIOR COURT
STANLEY MOSK COURTHOUSE
111 N. HILL STREET
LOS ANGELES 90012

CASE NUMBER:
*(Número del Caso):*
22STCV23602

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
VASILIKI AWADALLA (SBN:265515)          949-250-5530    (855)880-5646
LAW OFFICES OF SCHNEIDER, HOLTZ & HUTCHISON
4685 MACARTHUR COURT, SUITE 200
NEWPORT BEACH, CA  92660

Sherri R. Carter Executive Officer / Clerk of Court

DATE:                                    Clerk, by ___Y. Tarasyuk_____, Deputy
*(Fecha)* 07/21/2022                     *(Secretario)*                           *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served



1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* BROAN-NUTONE, LLC, An Unknown Business Entity

    under: ☐ CCP 416.10 (corporation)           ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
           ☒ other *(specify):* BUSINESS ENTITY FORM UNKNOWN
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**


Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465

Electronically FILED by Superior Court of California, County of Los Angeles on 07/21/2022 03:29 PM Sherri R. Carter, Executive Officer/Clerk of Court, by Y. Tarasyuk, Deputy Clerk
22STCV23602

Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: William Crowfoot

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| VASILIKI AWADALLA (SBN:265515)<br>LAW OFFICES OF SCHNEIDER, HOLTZ & HUTCHISON<br>4685 MACARTHUR COURT<br>SUITE 200<br>NEWPORT BEACH, CA 92660<br>TELEPHONE NO: 949-250-5530   FAX NO. (Optional): (855)880-5646<br>E-MAIL ADDRESS (Optional): awadav1@nationwide.com<br>ATTORNEY FOR (Name): PLAINTIFF AMCO INSURANCE COMPANY | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 111 N. HILL STREET
MAILING ADDRESS: 111 N. HILL STREET
CITY AND ZIP CODE: LOS ANGELES 90012
BRANCH NAME: STANLEY MOSK COURTHOUSE

PLAINTIFF: AMCO INSURANCE COMPANY

DEFENDANT: BROAN-NUTONE, LLC, AN UNKNOWN BUSINESS ENTITY
AND

[X] DOES 1 TO 50

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE          [ ] OTHER (specify):
  [ ] Property Damage        [ ] Wrongful Death
  [ ] Personal Injury         [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
  Amount demanded  [ ] does not exceed $10,000
                   [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

CASE NUMBER: 22STCV23602

1. **Plaintiff** (name or names): AMCO INSURANCE COMPANY

   alleges causes of action against **defendant** (name or names): BROAN-NUTONE, LLC, AN UNKNOWN BUSINESS ENTITY

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [X] **except** plaintiff (name): AMCO INSURANCE COMPANY
      (1) [X] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other (specify):
      (5) [ ] other (specify):

   b. [ ] **except** plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other (specify):
      (5) [ ] other (specify):

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Legal Solutions Plus

Code of Civil Procedure, § 425.12

PLD-PI-001

| SHORT TITLE: AMCO v. BROAN-NUTONE, LLC | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ **except** defendant (name): BROAN-NUTONE, LLC
      (1) ☒ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ **except** defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ **except** defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ **except** defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1-5 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 6-10 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: AMCO v. BROAN-NUTONE, LLC | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☐ General Negligence
   c. ☐ Intentional Tort
   d. ☒ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other *(specify):*

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☐ hospital and medical expenses
   d. ☐ general damage
   e. ☒ property damage
   f. ☐ loss of earning capacity
   g. ☒ other damage *(specify):* Plaintiff was obligated to pay and did pay, to or on behalf of its insured, monies exceeding $940,000.00 as and for property and related damages due to the incident complained of herein.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☒ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: JUNE 29, 2022

VASILIKI AWADALLA
(TYPE OR PRINT NAME)

▶ *[signature]*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007] | **COMPLAINT—Personal Injury, Property Damage, Wrongful Death** | Page 3 of 3

PLD-PI-001(5)

| SHORT TITLE: AMCO v. BROAN-NUTONE, LLC | CASE NUMBER: |
|---|---|

**FIRST** CAUSE OF ACTION—Products Liability          Page 4
(number)

ATTACHMENT TO [X] Complaint [ ] Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* AMCO INSURANCE COMPANY

Prod. L-1. On or about *(date):* SEPTEMBER 20, 2019    plaintiff was injured by the following product:
BROAN-NUTONE, LLC brand fan

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
[X] used in the manner intended by the defendants.
[ ] used in a manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
[ ] purchaser of the product.                         [ ] user of the product.
[ ] bystander to the use of the product.              [X] other *(specify):* Insurer of user of product

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L-4. [X] **Count One--Strict liability** of the following defendants who
a. [X] manufactured or assembled the product *(names):* BROAN-NUTONE BRAND FAN

[X] Does 1 to 5

b. [X] designed and manufactured component parts supplied to the manufacturer *(names):*
BROAN-NUTONE BRAND FAN

[X] Does 6 to 10

c. [X] sold the product to the public *(names):* BROAN-NUTONE BRAND FAN

[X] Does 11 to 15

Prod. L-5. [X] **Count Two--Negligence** of the following defendants who owed a duty to plaintiff *(names):*
BROAN-NUTONE BRAND FAN

[X] Does 16 to 20

Prod. L-6. [X] **Count Three--Breach of warranty** by the following defendants *(names):* BROAN-NUTONE BRAND FAN

[X] Does 21 to 25
a. [X] who breached an implied warranty
b. [ ] who breached an express warranty which was
[ ] written [ ] oral

Prod. L-7. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
[ ] listed in Attachment-Prod. L-7 [ ] as follows:

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]      **CAUSE OF ACTION—Products Liability**      Legal Solutions Plus      Code of Civil Procedure, § 425.12

| PETITIONER/PLAINTIFF: AMCO INSURANCE COMPANY | CASE NUMBER: |
|---|---|
| RESPONDENT/DEFENDANT: BROAN-NUTONE, LLC | |

ATTACHMENT TO COMPLAINT PAGE 5

1. At the times mentioned, AMCO INSURANCE COMPANY was and is an insurance company organized under law and licensed to engage in business as such in the State of California.

2. At all times herein mentioned, TRIPLE C INVESTMENTS was insured by Plaintiff AMCO INSURANCE COMPANY to pay benefits for damage to their property, contents, structure and fixtures.

3. By reason of the legal obligation imposed on Plaintiff AMCO INSURANCE COMPANY by said insurance policy, Plaintiff was obligated to pay and did pay the sum exceeding $940,000.00 including the deductible of its insured, to date, to or on behalf of its insured for property and related damages to insured's property, contents, structure and fixtures.

4. Pursuant to the terms of the policy and the laws of the State of California, AMCO INSURANCE COMPANY is legally, equitably and contractually subrogated to the rights and entitled to enforce the remedies of TRIPLE C INVESTMENTS in an amount exceeding $940,000.00 plus legal costs and pre-judgment interest at 7%.

5. Pursuant to the laws of the State of California, AMCO INSURANCE COMPANY is entitled to legal, equitable, and implied indemnity from the defendants and each of them in an amount exceeding $940,000.00 to date plus legal costs and pre-judgment interest at 7%.
rest at 7%.

