JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMCO INSURANCE COMPANY, | CV 22-6282 PA (KSx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| BROAN-NUTONE, LLC, et al., | |
| Defendants. | |

Pursuant to the Court's August 10, 2023 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED:  August 10, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE